PD-0769-15

NO. _____

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

LARRY GENE SEWELL, PRO SE.

V.

THE STATE OF TEXAS

FROM APPEAL NO. 02-15-00034-CR.
TRIAL CAUSE NO. 0248756-D.
TARRANT COUNTY, TEXAS.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
JUN 26 2015

Abel Acosta, Clerk

PRO SE PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT OF CRIMINAL APPEALS:

COMES NOW, Larry Gene Sewell, Petitioner, Pro Se, and files this PRO SE MOTION FOR AN EXTENSION OF SIXTY [60] days in which to file a Pro Se PETITION FOR DISCRETIONARY REVIEW. In support of this Pro Se motion, appellant shows the Court the foiling:

I.

The Petitioner was convicted in the criminal District Court Number One, of Tarrant County, Texas, Of the offense of Murder, in cause NO. 0248756-D. Styled, STATE OF TEXAS, VS Larry Gene Sewell. The Petitioner appealed to the Second Supreme Judicial District Court of Appeals, Fort Worth, Texas.

The case was affirmed of September 11, 1986. [PRO SE PDR was refused. UNTIMELY] Subsequently, Petitioner filed a Pro Se MOTION, requesting the criminal District Court Number One, of Tarrant County, Texas, to nullify, and set

page-1.

CONTINUE FROM Page-One.

a VOID, EX PARTE, NUNC PRO TUNC Judgment/and order that was Sign, and entered [WITHOUT NOTICE]. on JUNE 15, 1987, one and a Half Years later, after petitioner had appeal to the Second Court of Appeals.

On the reccomendation, and request of the Tarrant County - DISTRICT ATTORNEY'S OFFICE, the Criminal District Court Number One, granted the State's MOTION/REQUEST, and refused relief.

petitioner gave timely NOTICE OF APPEAL, and on MAY 21, 2015, The Second Court Of Appeals, dismissed the Prose Appeal, for want of Jurisdiction. petitioner, filed, a pro se MOTION FOR A REHEARING, On MAY 29, 2015.

## II.

The present deadline for filing the petition for Discretionary Review is JUNE 21, 2015. The Pro se petitioner has not requested any extension, prior to this request.

## III.

Pro se Petitioner, has not received a ruling on his Pro se MOTION FOR REHEARING, from the Second Court of Appeals.

Wherefore, pro se petitioner Prays this Court grant this Pro Se Motion, and enter extended deadline for filing the P.D.R.

Wherefore, petitioner prays this Court grant this Pro se Motion, and extend the deadline for filing the pro se petition for Discretionary Review in case No._____ to_____

_____.

Larry Gene Sewell,
PETITIONER, PRO SE.

Page-2.

<u>CERTIFICATE OF SERVICE</u>

I Larry Gene Sewell, pro se petitioner, hereby certify, that a true and correct copy of the about, and above foregoing First Motion for extensive of Time, to file Pro Se petition for Discretionary Review, has been forward to, by U.S. Mail, postage prepaid, First Class, to the Attorney for State at Tarrant County District Attorney's Office, and to the STATE PROSECUTING ATTORNEY, P.O. BOX-12405, Austin, Texas. 78711, on this the 17TH day of June, 2015.

Larry Gene Sewell,
PETITIONER, PRO SE.
408290
Clements Unit. TDCJ-CID.
9601 Spur 591
Amarillo, Texas. 79107-9606

I Larry Gene Sewell, TDCJ-CID #408290, being presently incarcerated in the WILLIAM P. CLEMENTS, Jr. UNIT OF THE TDCJ-CID, POTTOR COUNTY, Texas. Verify and declare under penalty of perjury, that the foregoing statements are true, and correct. Executed on this the 17TH day of June, 2015.

RESPECTFULLY SUBMITTED,

Larry Gene Sewell,
PETITIONER, Sewell. is Pro se.

Page-3.